**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**CHARLES RAYNOR**                                                  **PLAINTIFF**

**V.**                                    **4:19CV00064 JM**

**MEGAN J. BRENNAN, in her official**
**Capacity as POSTMASTER GENERAL**
**UNITED STATES POSTAL SERVICE**                        **DEFENDANT**


### <u>JUDGMENT</u>

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the

Defendant and against the Plaintiff.

IT IS SO ORDERED this 27th day of August, 2020.

_____
James M. Moody Jr.
United States District